| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br><br>Rodney Jose Kelly | Case Number:   16-11256 MBK<br><br>Hearing Date:   May 21, 2018<br><br>Judge:   Michael B. Kaplan<br><br>Chapter:   13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## NOTICE OF MOTION FOR VOLUNTARY DISMISSAL

To:   **Albert Russo**
       **Standing Chapter 13 Trustee**
       CN 4853
       Trenton, NJ 08650-4853

And attached List of Creditors

PLEASE TAKE NOTICE that on the 21st day of May, 2018 or as soon as counsel may be heard, attorney, for debtors shall apply to the above named court for an Order Dismissing Rodney Jose Kelly, Case number 16-11256 MBK

If you do not want the court to Dismiss the Debtors' Case, then on or before May 14, 2018, you or your lawyer must:

A.    File with the court a written request for a hearing, or if the court *requires a written response*, an answer, explaining your position at:

        Clerk, United States Bankruptcy Court
        U.S. Post Office & Courthouse Building
        PO Box 2067
        Camden, NJ 08101-2067

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

1

You must also mail a copy to:

>	Mark W. Ford, Esquire
>	Law Offices of Mark W. Ford, LLC
>	P.O. Box 110
>	Gloucester City, New Jersey 08030; and
>
>	**Albert Russo**
>	Standing Chapter 13 Trustee
>	CN 4853
>	Trenton, NJ 08650-4853

B. Attend the hearing scheduled to be held on May 21, 2018, at 10:00 a.m. in Courtroom 8, United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

/s/ Mark W. Ford
MARK W. FORD, ESQUIRE

Dated: April 21, 2018

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811<br>856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br><br>Rodney Jose Kelly | Case Number:  16-11256 MBK<br><br>Hearing Date:  Michael B. Kaplan<br>Judge:  ~~Judith H. Wizmur~~<br><br>Chapter:  13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## DEBTOR'S CERTIFICATION IN SUPPORT OF VOLUNTARY DISMISSAL OF CHAPTER 13 BANKRUPTCY

Rodney Jose Kelly, of full age, upon his oath deposes and says:

1. I am the debtor in the above-captioned matter and have personal knowledge of the facts stated herein.

2. The bankruptcy stay has been lifted and the creditor, Mortgage Company has been allowed to proceed with foreclosure.

3. The sole purpose of the bankruptcy was to stop the foreclosure.

4. I am respectfully requesting that the court dismiss my current bankruptcy

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 31, 2018                                         /s/ Rodney Jose Kelly
                                                              Rodney Jose Kelly

                                                              04-12-2018

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811/856-456-8558 (Fax)
Attorney for the Debtor

In Re:

Rodney Jose Kelly

Case No.: 16-11256

Chapter: 13

Hearing Date: May 21, 2018

Judge: Michael B. Kaplan

**ORDER ON MOTION/APPLICATION TO DISMISS/CONVERT CHAPTER 13 CASE**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED.**

Page 2
_____

    This matter having come before the Court on Motion/Application of ____Rodney Jose Kelly____, for an Order Dismissing/Converting Debtor's case, and good cause having been shown, it is hereby

    **ORDERED** as follows:

☒    case is dismissed.

☐    case is converted to a proceeding under Chapter 7.

☐    case is converted to a proceeding under Chapter 11.

☐    case is allowed to continue under Chapter 13 upon the following terms and conditions:

    ☐    (a) payments to the Trustee shall continue in the amount of _____ dollars/month for an additional _____ months;

    ☐    (b) Debtor(s) shall prepare and file with the Court a Wage Order for continuing Trustee payments;

    ☐    (c) If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payment, with Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case shall be dismissed;

    ☐    (d) Other (ie, Counsel Fee Award or other relief to moving party)
_____
_____
_____

Page 3 _____

      Upon case dismissal/conversion, any funds held by the Chapter 13 Trustee from payments made on account of debtor(s) Plan, shall be disbursed to the Debtor(s), except as follows:

    (a)    $_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

    (b)    $_____ to _____ (Creditor) for adequate protection payments pursuant to prior Order of the Court.

    (c)    Other: _____
_____
_____

*rev.8/1/15*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | Case No.: 16-11256 MBK<br><br>Chapter: 13 |
| In Re:<br><br>Rodney Jose Kelly | Adv. No.:<br><br>Hearing Date: May 21, 2018<br><br>Judge: Michael B. Kaplin |

## CERTIFICATION OF SERVICE

1. I, __Linda Smith__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Mark W. Ford__, who represents __Rodney Jose Kelly__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __April 23, 2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1. Notice of Motion for Voluntary Dismissal
   2. Certification
   3. Proposed Order
   4. Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 4/23/18

/s/ Linda M. Smith
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| List of Creditors | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0312-3<br>Case 16-11256-MBK<br>District of New Jersey<br>Trenton<br>Sat Apr 21 19:33:40 EDT 2018 | U.S. Bankruptcy Court<br>402 East State Street<br>Trenton, NJ 08608-1507 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 |
| E*Trade Bank<br>c/o Specialized Loan Servicing, LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | FGC Commercial Mortgage Finance<br>DBA Fremont Mortgage<br>175 North Riverview Drive<br>Anaheim. CA 92808-1225 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| GM Financial<br>ATTN: Bankruptcy Department<br>PO Box 183593<br>Arlington, TX 76096-3593 | Harley Davidson Credit Corp.<br>ATTN: Plaza Associates<br>JAF Station<br>PO Box 2769<br>New York, NY 10116-2769 | Harley Davidson Credit Corp.<br>ATTN: Van Ru Credit Corporation<br>1350 E. Tough Ave, Suite Number 100E<br>Des Plaines, IL 60018-3303 |
| Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, TX 75001-9013 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | OneMain Financial<br>Bankruptcy Department<br>PO Box 140489<br>Irving, TX 75014-0489 |
| OneMain Financial<br>PO Box 70911<br>Charlotte, NC 28272-0911 | Pep Boys<br>ATTN: Bankruptcy Department<br>3111 West Allegheny Avenue<br>Philadelphia, PA 19132-1116 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Rushmore Services Center<br>PO Box 5508<br>Sioux Falls, SD 57117-5508 | Sprint<br>ATTN: Allied Interstate<br>PO Box 361474<br>Columbus, OH 43236-1474 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Synchrony Bank<br>c/o of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Willingboro Township<br>ATTN: Tax Collector<br>1 Dr. M L King Jr Drive<br>Willingboro, NJ 08046-2853 | Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 |
| Mark W Ford<br>Law Office of Mark W. Ford, LLC<br>P.O. Box 110<br>4 1/2 North Broadway<br>Gloucester City, NJ 08030-0110 | Rodney Jose Kelly<br>9 Spindletop Lane<br>Willingboro, NJ 08046-1416 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fingerhut<br>ATTN: Jefferson Capital Systems<br>16 McLeland Road<br>St. Cloud, MN 56303-2198 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>c/o Capital One Bank (USA), N.A.<br>POB 41067<br>Norfolk VA 23541 |

Sprint
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)WELLS FARGO BANK, N.A., AS TRUSTEE FOR CAR       (u)WELLS FARGO BANK, N.A., AS TRUSTEE FOR CAR       End of Label Matrix
                                                    FEIN, SUCH, KAHN & SHEPARD, P.C.                 Mailable recipients    22
                                                                                                     Bypassed recipients     2
                                                                                                     Total                  24